[Dkt. Nos. 36, 39]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| MAURICE COLLINS,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL STUDENT LOAN PROGRAM,<br><br>    Defendant. | Civil No. 17-5345 (RMB/JS)<br><br>**ORDER** |

    This matter comes before the Court upon cross-motions for summary judgment, filed by Plaintiff Maurice Collins ("Plaintiff")[Dkt. No. 36] and Defendant National Student Loan Program ("Defendant" or "NSLP")[Dkt. No. 39].

    For the reasons set forth in the accompanying Opinion of the same date,

    **IT IS** on this, the **20th** day of **December 2018**, hereby

    **ORDERED** that Plaintiff's Motion for Summary Judgment [Dkt. No. 36] is **DENIED**; and it is further

    **ORDERED** that Defendant's Motion for Summary Judgment [Dkt. No. 39] is **GRANTED**; and it is further

    **ORDERED** that the Clerk of the Court shall close this case.

                                          s/Renée Marie Bumb
                                          RENÉE MARIE BUMB
                                          UNITED STATES DISTRICT JUDGE